

ORIGINAL

FILED

07/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0209

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0209

IN RE THE MARRIAGE OF:

THOMAS EMIL SLIWINSKI,

    Petitioner and Appellant,

and

HEATHER LEE SLIWINSKI-COMEAU,

    Respondent and Appellee.

**FILED**

JUL 2 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause therefore,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before September 21, 2021.

DATED this 26ᵗʰ day of July, 2021.

For the Court,

Chief Justice